UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 04 B 47391
   JAMES MASON JR
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-5914
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/27/04 and confirmed on 02/10/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 35184.68 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 10650.00 | 1391.06 | 10650.00 |
| WELLS FARGO FINANCIAL AC | SECURED | 12405.00 | 1620.32 | 12405.00 |
| FAST CASH ADVANCE | UNSECURED | 1189.74 | .00 | 167.46 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1704.28 | 405.77 | 1704.28 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 8205.80 | .00 | 1154.96 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 7386.24 | .00 | 1039.61 |
| INTERNAL REVENUE SERVICE | UNSECURED | 235.75 | .00 | 33.18 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23055.00 | 1704.28 | 17017.53 | .00 | 41776.81 |
| PRINCIPAL PAID | 23055.00 | 1704.28 | 2395.21 | .00 | 27154.49 |
| INTEREST PAID | 3011.38 | 405.77 | .00 | .00 | 3417.15 |
| TOTAL PAID | 26066.38 | 2110.05 | 2395.21 | .00 | 30571.64 |

The Debtor's attorney, PETER FRANCIS GERACI              , was allowed $  2700.00 and was paid $   2700.00 .

The Trustee received $   1528.36 .

Refunds to the Debtor totaled $    384.68 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 03/13/09                        /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 47391 JAMES MASON JR